UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

    Plaintiff,

  -against-

DAVID D. KADOCH

    Defendants.
-----------------------------------------------------------------x

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
96-cv-4720 (CBA) (CLP)

AMON, Chief United States District Judge:

  On September 17, 2012, Magistrate Judge Cheryl L. Pollak issued a Report and Recommendation ("R&R") recommending that the Court grant the United States' renewed motion for summary judgment and order pro se defendant David D. Kadoch to pay the government $68.098.07, representing principal and interest on four unpaid student loans. On October 11, 2012, 2012, Kadoch submitted an objection to the R&R reiterating his argument that he already paid the four loans at issue and requesting that the Court review Magistrate Judge Pollak's calculations. Kadoch also appended marked-up copies of several of the same documents previously submitted to the Court in response to plaintiff's renewed motion for summary judgment. Having reviewed de novo those parts of the R&R to which Kadoch has objected, Arista Records, LLC v. Doe 3, 604 F.3d 110, 116 (2d Cir. 2010), and finding these objections meritless, the Court now adopts the R&R as the Decision and Order of this Court. Accordingly, the government's motion for summary judgment is granted and defendant is ordered to pay the United States $68,098.07. The Clerk of Court is directed to enter judgment in favor of the United States and close this case.

SO ORDERED.

Dated: Brooklyn, New York
   January 3, 2013

                s/Carol Bagley Amon
                Carol Bagley Amon
                Chief United States District Judge